IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHELLE HUTTO,                                                      Plaintiff

v.                           2:12CV00118 JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                                             Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 11th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE